# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Thomas E. Shaffer,

Petitioner,

v.

United States of America,

Respondent.

Case No. 2:17-cv-423
Crim. No. 2:15-cr-96

Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On July 30, 2018, the Magistrate Judge issued an *Order and Report and Recommendation* recommending that the Motion to Vacate under 28 U.S.C. § 2255 be dismissed. ECF No. 90. Although the parties were advised of the right to file objections to the Magistrate Judge's Order and Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Order and Report and Recommendation, ECF No. 90, is **ADOPTED** and **AFFIRMED**.

Petitioner has waived his right to appeal by failing to file objections. *See Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007). Therefore, the Court **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT